IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| VANCE DOTSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NO. CIV-22-0786-HE |
| ) | |
| TAMIKA PRESSLEY, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Defendant Pressley failed to appear by phone at the November 28, 2022, status conference. She has failed to respond to the court's November 8, 2022, order [Doc. #8] directing her to state whether she has relied on counsel. She has also failed to respond to plaintiff's motion filed October 3, 2022 [Doc. #6]. Defendant Pressley is **ORDERED** to respond to the November 8 order and plaintiff's motion on or before **December 10, 2022**. Otherwise, defendant will be subject to entry of default judgment against her without further notice.

The parties are encouraged to secure counsel to represent them in this case if they can do so.

**IT IS SO ORDERED**.

Dated this 29th day of November, 2022.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE